FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JUL 29  AM 10:22

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Kenneth Bernard Johnson
Kenneth B. Johnsen
_____
_____
(Enter above full name of plaintiff or plaintiffs)

CV114 160

v.

C/O Whittington, Rita Kristine Badge #6423 / C/O Ryan Pittman Badge #5619
C/O Green Christopher DonTaye Badge #6030
Major John Bush, Chief Sterling Wimberly
Mr. Larkin → Both Magistrate Court Judges / Harvey Supermarket (KJ's IGA)
(Enter above full name of defendant or defendants)

I. Previous lawsuits

　　A.　Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?     Yes ____   No ✓

　　　　If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

　　　　1.　Parties to this previous lawsuit:

　　　　　　Plaintiffs: _____
　　　　　　　　　　　 _____

　　　　　　Defendants: _____
　　　　　　　　　　　　 _____

　　　　2.　Court (if federal court, name the district; if state court, name the county):
　　　　　　_____

　　　　3.　Docket number: _____

　　　　4.　Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: __24 July 2014__

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ✓   No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes ____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes ____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____   _____

II. Place of present confinement: **Burke County Jail**

A. Is there a prisoner grievance procedure in this institution? Yes ____ No ✓

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ____ No ✓

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ____   No ____

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: <u>The Burke County Jail Facility Doesn't have grievance Forms or procedure.</u>

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: <u>Kenneth Bernard Johnson</u>
   Address: <u>225 Hwy. 24 South</u>
   <u>WAynesboro, Georgia 30830</u>

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: <u>C/O Rita Kristine Whittington</u>
   Position: <u>Road patrol</u>
   Place of employment: <u>WAynesboro City police Dept.</u>
   Current address: <u>WAynesboro, Georgia 30830</u>

C. Additional defendants: <u>C/O Christopher Dontaye Green / Road patrol / WAynesboro City police Dept. / WAynesboro, Georgia 30830</u>
<u>Sterling Wimberly → Chief MAgistrate Judge / Burke County Courthouse / 602 N. Liberty street, WAynesboro, GA. 30830</u>
<u>Mr. Larkin → MAgistrate Judge / Burke County Court House / 602 N. Liberty street, WAynesboro, GA. 30830</u>
<u>Harveys SupermArket (KJ's IGA)</u>

4

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 8, 2013 Kenneth B. Johnson as the plaintiff was Accused of Allegations and Accusations of committing an Theft By shoplifting at harveys Supermarket Between the hours of 7:30 P.M. to 8:00 P.M. of stealing a pack of steak. Which officer Rita K. Whittington was Dispatch to the possible shoplifter Call From the Dispatcher T. Wade with Assist to the Call By officer Christopher Dontaye Green, But lieing in the incident Report By disguising saying or stating his name is c/o J. Green. After the Waynesboro police Dept. Dispatcher Supposingly recieved a Call From the Harveys Manager Name Mrs. Anissa Johnson Between 7:30 P.M. to 8:00 P.M., because I as the plaintiff never entered or nor I was Around Harveys Supermarket to do No shopping During the Hours to support the Hours or time Between 7:30 P.M. to 8:00 P.M. of the Alleged shoplifting. The violating and the depriving of my Rights was set forth in the Criminal cases after Both City police officers upon arrival at the Harveys Supermarket Seen that After speaking to Mrs. Anissa Johnson supposingly the manager Not stating she see me as the plaintiff conceal or steal the store Merchandise or had No support of this Customer that claim she seen a man not stating it was me and the officers Viewed the store Video footage didn't see the plaintiff conceal and leave the store with Nothing on the Video Footage as c/o Rita K. Whittington stated in the Incident Report at that time All "probable" "Cause" For plaintiff of a possible shoplifting should have been "Abrogated". But the officers instead still insisted to violate under Oath and violate My Constitutional Rights as a plaintiff to Go to Both Magistrate Judges without Support of Sufficient Facts as City officers causing chief sterling Wimberly Signing the Affidavit

5

Page 2. Statement of claim

For Arrest warrant. Than Mrs. Rita K. Whittington or someone of Waynesboro city police officer on August 14, 2013 of plaintiff arrest at Walgreen Drug Store South Liberty street By C/O Christopher D. Green went to Magistrate Judge Mr. Larkin at 1330 hrs. to get the Form of warrant For Arrest, where Mrs. Rita K. Whittington put her name onto the Arrest/Booking Warrant pretending or disguising as if she was a witness in Harveys Supermarket as a Citizen shopping or an employee of Harveys. If she did not Lie under Oath not once, But twice I as the plaintiff would have never been wrongfully Arrested or unconstitutional Arrested. Along with the unconstitutional Arrest as well on August 14, 2013 For wrongful Arrest and Wrongful Identified of Alleged shoplifting 3 days later on August 11, 2013 at Harveys Supermarket where I as the plaintiff never entered the store None at All that Day as a Customer or shoplifter where the forms of warrant For Arrest, Waynesboro city police officer C/O Ryan Pittman had a disguises names on the Arrest/Booking Warrant of A Theft By shoplifting(F) and simple Battery(M) of A Larry Miller and the True Incident happened to store Manager Leroy Miles Just so officer Pittman can make and made another wrongful Arrest and wrongful Identified of the plaintiff lieing under oath and Violating of my Rights as well. [MAJOR John Bush as the chief Jailor I asked and Requested ON August 14, 2013 as the plaintiff For the imperative Document Arrest/Booking Warrant Because in the making of plaintiff Motion Discovery Being the MAJOR Superior leader on the Arrest/Booking Side of the Burke County sheriff and Jail Facility or office is responsible to turn in or send to the District Attorneys office, All Legal Documents in Copies of the plaintiff case or cases as well as the Magistrate Court Both parties Decides to conceal and disguise the Document of the Arrest/Booking warrant that is a very important piece of Evidence in the plaintiff criminal case to the plaintiff

and the District Attorney office, which is important in Declaring the plaintiff innocence and Give the plaintiff which places me in a disadvantages in my trial. I wrote the Magistrate Court about the Legal Document in Feb. 2014 and June 1, 2014 of plaintiff Arrest/Booking warrant that places C/O Rita K. Whittington inside the store seeing plaintiff steal a pack of steak and exited the store with Merchandise and on the Incident Report in the Narrative part she is in the patrol car Being Dispatch By the Dispatcher By T. Wade of the Waynesboro Police Dept. Where she is Arriving upon At the store at the same time there is "NO WAY". Please obtain the Bond Denial Document that I as the plaintiff signed all three Denial on August 16, 2014 At the Burke County Jail By chief Magistrate Judge Sterling Wimberly accompanied By Major John Bush Also will show proof of C/O Rita K. Whittington witnessing stating the Incident August 8, 2013. One other imperative thing to look into while Investigation Being Conducted about plaintiff Legal Matter you will see I Never once had an Investigator on or in plaintiff case.

This 24 day of July, 2014

KENNETH BERNARD JOHNSON
Kenneth B. Johnson

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To properly Investigate to insure me as the plaintiff Not to Be Mistreated with UnJustice and UNFairness in my case in the Judicial system and courts. And For Being FAlsely Imprisonment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of July, 2014.

Prisoner No. 2089

Mr. Kenneth B. Johnson
(Signature of Plaintiff)

6

Mr. Kenneth B. Johnson
325 Hwy. 24 South
Burke County Jail
Waynesboro, GA. 30830

CONFIDENTIAL

ATTN: CLERK
CLERK, U.S. District COURT
500 E. FORD STREET
AUGUSTA, GA. 30901

LEGAL CORRESPONDENCE
DO NOT OPEN EXCEPT
IN PRESENCE OF ADDRESSEE