IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH BERNARD JOHNSON, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-160 |
| RITA KRISTINE WHITTINGTON, et al., | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff Kenneth Bernard Johnson's Notice of Agreement (Doc. 80), which he filed in response to this Court's March 31, 2015 Order (Doc. 79) that imposed a condition pursuant to Federal Rule of Civil Procedure 41(a)(2) on the dismissal of his claims against the City of Waynesboro,[1] Rita Kristine Whittington, Ryan Pittman, and Christopher Dontaye Green (collectively, the "City Defendants") *without* prejudice. Mr. Johnson now "[m]oves the court to move forward with the dismissal without prejudice" and states that he "does agree with the court." (Doc. 80.) The Court understands Mr. Johnson's notice to indicate that he consents to the proposed curative condition and thus reiterates the following:

> **Mr. Johnson SHALL pay all costs associated with this action — which may include the City Defendants' reasonable attorney's fees — if he chooses to refile his claims against the City Defendants at a later date.**

---

[1] Mr. Johnson names the "Waynesboro City Police Department" as a defendant in this matter. In all responsive filings, counsel for the City Defendants identifies the "City of Waynesboro" as the proper party. (See, e.g., Docs. 30, 31, 45, 69.)

(Doc. 79 at 5.)  With the necessary consent, the Court **DISMISSES WITHOUT PREJUDICE** all Mr. Johnson's claims against the City Defendants.  The Clerk **SHALL TERMINATE** all motions that remain pending in this matter (Docs. 31, 45, 51) and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this ___10th___ day of April, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA